1   MELISSA ABLES (Bar No. 234959)
    MAbles@sandiego.gov
2   SHANNON ECKMEYER (Bar No. 281532)
    SEckmeyer@sandiego.gov
3   Office of the City Attorney
    1200 Third Avenue, Suite 1100
4   San Diego, CA 92101
    Telephone: 619.236.6220
5   Facsimile: 619.236.7215

6   NICOLE E. GRANQUIST (Bar No. 199017)
    Nicole.Granquist@stoel.com
7   STOEL RIVES LLP
    500 Capitol Mall, Suite 1600
8   Sacramento, CA  95814
    Telephone:  916.447.0700
9   Facsimile:  916.447.4781

10  *Attorneys for Defendant City of San Diego*

11

12

13              **UNITED STATES DISTRICT COURT**

14            **SOUTHERN DISTRICT OF CALIFORNIA**

15

16  SAN DIEGO COASTKEEPER, a non-profit          Case No. 3:18-cv-01757-JM-WVG
    corporation, COASTAL ENVIRONMENTAL
17  RIGHTS FOUNDATION, a non-profit              **SECOND JOINT MOTION
    corporation,                                 STIPULATING TO AMEND CONSENT
18                                               DECREE**
                    Plaintiff,
19
           v.
20
    CITY OF SAN DIEGO, a municipal
21  corporation,

22                  Defendant.

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT MOTION STIPULATING
TO AMEND CONSENT DECREE                      -1-                    3:18-CV-01757-JM-WVG

126928421.1 0084044-00001

1    Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation

2    ("Plaintiffs") and Defendant City of San Diego ("Defendant") (collectively, the "Parties"), by and

3    through their respective counsel, hereby move and stipulate as follows:

4    WHEREAS, this Court issued an Order Entering Consent Decree and Final Judgment (the

5    "Original Consent Decree") on November 20, 2018 (Docket No. 10) pertaining to the five facilities

6    owned and operated by Defendant discussed therein ("Facilities");

7    WHEREAS, this Court issued an Order Entering Amended Consent Decree and Final

8    Judgment (the "Amended Consent Decree") on November 6, 2023 (Docket No. 14) prescribing

9    new Termination Dates applicable to the facilities;

10    WHEREAS, the Termination Dates set forth in Paragraph 16.2.4 of the Amended Consent

11    Decree are December 1, 2024 for the Landfill facility, December 31, 2024 for the MBC and South

12    Bay facilities, December 31, 2025 for the North City facility, and December 31, 2026 for the Point

13    Loma facility (Docket No. 14 at ¶ 16.2.4);

14    WHEREAS, the Defendant has acted in good faith to implement the Amended Consent

15    Decree's compliance obligations on or before the Termination Dates;

16    WHEREAS, despite this good faith effort, project delays have occurred due to permitting,

17    design, and construction activities;

18    WHEREAS, the Parties have met and mutually agree to further extend the Termination

19    Dates set forth in the Amended Consent Decree for three of the five facilities as follows:

20    a.  Landfill facility:      December 31, 2026

21    b.  South Bay facility:    March 31, 2025

22    c.  MBC facility:        March 31, 2025; and

23    WHEREAS, good cause exists to extend the Termination Dates as set forth above; and

24    WHEREAS, the Parties agree to be bound by the terms of the Amended Consent Decree,

25    and jointly request the Court to enter the modifications.

26    NOW THEREFORE, pursuant to Local Rule 7.2, and in consideration of the foregoing, the

27    Parties stipulate and agree to be bound by the terms of the Amended Consent Decree and jointly

28    move the Court to enter an Order further amending the deadlines set forth in Paragraph 16.2.4 of

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT MOTION STIPULATING
TO AMEND CONSENT DECREE
126928421.1 0084044-00001 Include Draft

-2-

3:18-CV-01757-JM-WVG

1    the Amended Consent Decree.

2

3    DATED:  November 27, 2024                SAN DIEGO COASTKEEPER

4                                            /s/ Patrick McDonough

5                                            PATRICK MCDONOUGH
                                             *Attorneys for Plaintiff San Diego Coastkeeper*
6

7

8    DATED:  November 27, 2024                COAST LAW GROUP

9                                            /s/ Livia Borak Beaudin

10                                           LIVIA BORAK BEAUDIN
                                             *Attorneys for Plaintiff Coastal Environmental*
11                                           *Rights Foundation*

12

13   DATED:  November 27, 2024                CITY OF SAN DIEGO, OFFICE OF THE
                                             CITY ATTORNEY
14
                                             /s/ Melissa Ables
15
                                             MELISSA ABLES
16                                           Chief Deputy City Attorney
                                             *Attorneys for Defendant City of San Diego*
17

18   DATED:  November 27, 2024                STOEL RIVES LLP

19                                           /s/ Nicole E. Granquist

20                                           NICOLE E. GRANQUIST
                                             *Attorneys for Defendant City of San Diego*
21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT MOTION STIPULATING          -3-                        3:18-CV-01757-JM-WVG
TO AMEND CONSENT DECREE

126928421.1 0084044-00001 Include Draft

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Patrick McDonough and Livia Borak Beaudin, counsel for San Diego Coastkeeper and Coastal Environmental Rights Foundation, respectively, and to Melissa Ables, counsel for City of San Diego, and that I have obtained Mr. McDonough's, Ms. Beaudin's, and Ms. Ables' authorization to affix their electronic signatures to this document.

DATED:  November 27, 2024

STOEL RIVES LLP

/s/ Nicole E. Granquist

NICOLE E. GRANQUIST
*Attorneys for Defendant City of San Diego*

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT MOTION STIPULATING
TO AMEND CONSENT DECREE

-4-

3:18-CV-01757-JM-WVG

126928421.1 0084044-00001 Include Draft