1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   SAN DIEGO COASTKEEPER, a California          Case No. 3:18-cv-01757-JM-WVG
     non-profit corporation, COASTAL
12   ENVIRONMENTAL RIGHTS                          **ORDER GRANTING SECOND JOINT**
     FOUNDATION, a California non-profit           **MOTION STIPULATING TO AMEND**
13   corporation,                                  **CONSENT DECREE**

14                    Plaintiff,

15        v.

16   CITY OF SAN DIEGO, a municipal
     corporation,
17
                      Defendant.
18

19

20

21

22

23

24

25

26

27

28

The court, having considered the Parties' Second Joint Motion Stipulating to Amend the Amended Consent Decree, and for good cause shown, it is ORDERED that the Joint Motion is **GRANTED**, and the Amended Consent Decree (Doc. No. 14) is further amended as follows:

1.  Paragraph 16.2.4 is amended to read:

    <u>Alternate Time Schedules</u>. The Settling Parties have agreed to the following alternate dates for completion of BMP implementation described in each Facility's updated Action Plan:

    a.  Landfill – December 31, 2026;

    b.  MBC – March 31, 2025;

    c.  North City – December 31, 2025;

    d.  South Bay – March 31, 2025; and

    e.  Point Loma – December 31, 2026.

**IT IS SO ORDERED.**

Dated:  December 2, 2024

_____
Hon. Jeffrey T. Miller
United States District Judge